UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FREDERICK LAWRENCE SNYDER, JR.,**

    Petitioner,

vs.                                           **Case No.** 3:03-cr-223-J-12TEM
                                                                         3:06-cv-943-J-12TEM

**UNITED STATES OF AMERICA,**

    Respondent.

---

## ORDER

This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.11), filed March 12, 2007, which the Court construes as a request for a Certificate of Appealability (Civ. Doc. 12).

The Petitioner seeks to appeal the Court's Order (Civ. Doc. 9) filed February 21, 2007, denying Petitioner's Motion Under to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Doc. 1). The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc.9). As a result, the Petitioner's request for a Certificate of Appealability must be denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Petitioner's request for Certificate of Appealability (Civ. Docs. 11 and 12) is denied.

**DONE AND ORDERED** this \_\_\_23rd\_\_\_ day of March 2007.

*Howell W Melton*
Howell W. Melton
Senior United States District Judge

Copies to:   Petitioner
             AUSA